Argued and submitted November 23, reversed in part; otherwise affirmed December 22, 1999, petition for review denied May 9, 2000 (330 Or 332)

## TYRONE WASHINGTON,
### *Appellant,*

*v.*

## Dan JOHNSON,
### Superintendent,
### Snake River Correctional Institution,
### *Respondent.*

### (98-03-29597-M; CA A104167)

992 P2d 950

Bob Pangburn filed the brief for appellant.

Denise Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Judgment for attorney fees reversed; otherwise affirmed. *Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999).